Dismissed and Opinion filed November 7, 2002













Dismissed and
Opinion filed November 7, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-01-01163-CV

____________

 

KAPPA SIGMA
FRATERNITY, Appellant

 

V.

 

WADE A.
KILPATRICK, Appellee

 

__________________________________________________________

 

On Appeal from the 280th District Court

Harris County, Texas

Trial Court Cause No. 01-00930

 

__________________________________________________________

 

M E M O R A
N D U M   O P I N I O N

This is an appeal from a
judgment signed October
 24, 2001.

            On October 31, 2002, the parties filed a joint
motion dismiss the appeal because the case has been settled.  See Tex. R. App. P. 42.1.  The parties also ask that we vacate the trial
court’s judgment.  The motion is granted.

            Accordingly, we order the trial
court judgment, signed October
 24, 2001, vacated and we dismiss the case.  

                                                                                    PER
CURIAM








Judgment rendered and
Opinion filed November 7, 2002.

Panel consists of Justices
Edelman, Seymore, and Fowler.

Do Not Publish — Tex. R. App. P. 47.3(b).